## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERIES 21-22-1644, a designated series of MSP RECOVERY CLAIMS, SERIES LLC, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>REGENERON PHARMACEUTICALS, INC., *et al.*,<br><br>          Defendants. | Case No. 1:24-cv-01825-BAH<br><br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that, upon the annexed declaration of Jonathan Hurwitz, and subject to the approval of the Court, Jonathan Hurwitz hereby withdraws as counsel for Regeneron Pharmaceuticals, Inc. in the above-captioned action in compliance with Local Rule 83.6.  Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue representing Regeneron.

Dated:  January 16, 2025
New York, New York

        /s/ Jonathan Hurwitz
        Jonathan Hurwitz (admitted *pro hac vice*)
        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Tel. (212) 373-3254
        jhurwitz@paulweiss.com

        *Counsel for Defendant REGENERON*
        *PHARMACEUTICALS, INC.*

**<u>Certificate of Service</u>**

I, Jonathan Hurwitz, hereby certify that on January 16, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.

January 16, 2025                                  <u>/s/ *Jonathan Hurwitz*    </u>
New York, New York                          Jonathan Hurwitz